# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0296
LT Case No. 2021-301460-CFDB

_____

ANTHONY ADUM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah Ransbottom Case, Judge.

Michael C. Nappi, Assistant Regional Counsel, of Office of
Criminal Conflict and Civil Regional Counsel, Casselberry, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.

November 20, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____